IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LISA CHANDLER | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:21-cv-00502 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| MVT SERVICES, LLC, | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending this action be dismissed without prejudice for failure to prosecute and failure to respond to the Court's show cause order. (Doc. No. 24).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 24 at 4). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Report and Recommendation. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE